**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-4718**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KORLIS RAY HARRIS, a/k/a Big Bro,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:15-cr-00113-D-1)

_____

Submitted:  June 29, 2017                                        Decided:  July 18, 2017

_____

Before GREGORY, Chief Judge, and KING and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anne M. Hayes, Cary, North Carolina, for Appellant.  John Stuart Bruce, United States Attorney, Jennifer P. May-Parker, First Assistant United States Attorney, Kristine L. Fritz, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korlis Ray Harris appeals his 120-month sentence for conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine. Harris argues that the district court erred in applying a sentencing enhancement for possession of a dangerous weapon. Finding no reversible error, we affirm.

"In determining whether a district court properly applied the advisory [Sentencing] Guidelines, including application of any sentencing enhancements, we review the district court's legal conclusions *de novo* and its factual findings for clear error." *United States v. Layton*, 564 F.3d 330, 334 (4th Cir. 2009). Having carefully reviewed the record, we conclude that sufficient evidence supported the district court's finding that Harris was accountable for his coconspirator's possession of a firearm in connection with the offense of conviction. *See* U.S. Sentencing Guidelines Manual §§ 1B1.3(a)(1)(B) & cmt. n.3, 2D1.1(b)(1) (2015).

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*